UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS VOSS-CURRY, an individual, | NO. |
| Plaintiff, | DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(b) |
| v. | |
| CROWN EQUIPMENT CORPORATION, an Ohio corporation; and LATTCO SERVICES, INC., a California corporation. | |
| Defendants. | |

TO:     The Clerk of the above-entitled Court;

AND TO:     Plaintiff, above-named;

AND TO:     Lattco Services, Inc.

PLEASE TAKE NOTICE that Defendant Crown Equipment Corporation (hereinafter "Defendant") hereby removes to this Federal District Court the state court action described below. Co-Defendant Lattco Services, Inc. has indicated to Crown Equipment Corporation's Counsel that it consents to remove this action to Federal District Court.

1.   On June 28, 2022, an action was commenced in the Superior Court of the State of Washington in and for the County of King, entitled, *Travis Voss-Curry v. Crown Equipment*

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(b) - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7629390.1

*Corporation, an Ohio corporation, and Lattco Services, Inc., a California corporation,* Cause No. 22-2-09926-7 KNT.

2. The first date upon which Defendant Crown Equipment Corporation received copy of said Complaint was on or about June 30, 2022.

3. This action is a civil action where the amount in controversy is reasonably believed to exceed $75,000.00 exclusive of interest and costs of which this Court has original jurisdiction based on complete diversity of the parties pursuant to 28 U.S.C. § 1332 according to the allegations in the Complaint, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b).  The deadline to remove for Defendant Crown Equipment Corporation is July 30, 2022.  Under Fed. R. Civ. P. Rule 6, today's date is within the thirty-day time period proscribed by 28 U.S.C. § 1446(b)(2) ("Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons…to file the notice of removal.").

4. Diversity is complete between Plaintiff and Defendants.  Defendant Crown Equipment Corporation is a corporation incorporated under the laws of the State of Ohio with its principal place of business in New Bremen, Auglaize County, OH.  Plaintiff Travis Voss-Curry, is an individual residing in Pierce County, Washington. *See* Dec. of Hermsen: Complaint at ¶1.1. On information and belief, co-defendant Lattco Services, Inc. is a corporation under the laws of the state of California.  *See* Dec. of Hermsen: Complaint at ¶1.3.

5. All defendants consent to removal of this action pursuant to 28 U.S.C. 1446 based on diversity of citizenship.  28 U.S.C. 1446(b)(2)(A).. *See* Dec. of Hermsen at ¶4.

6. In accordance with 28 U.S.C. §1446(a) and LCR 101(b), attached to this Notice of Removal is a copy of the Complaint filed in the state court action; as well as the King County Superior Court Docket; Case Information Cover Sheet; Summons; Affidavit/Decl./Certificate/Confirmation of Service; Notice of Appearance (Crown Equipment

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(b) - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7629390.1

1  Corporation only); Affidavit/Decl./Certificate/Confirmation of Service; Affidavit/Decl./Certificate/Confirmation of Service; Notice of Hearing; and Motion for Default Judgment related to co-defendant Lattco Services, Inc. *See* Dec. of Hermsen and attachments thereto.

7. Defendant will file a Notice of Filing with the Clerk of King County Superior Court as required by 28 U.S.C. §1446(d). A copy of this Notice of Removal is being served on Plaintiff and Co-Defendant Lattco Services, Inc.

8. Pursuant to LCR 101(e) and LCR 3(d), the Seattle Division of the United States District Court for the Western District of Washington is the appropriate intra-district assignment. The Seattle Division is appropriate because Plaintiff filed this matter in King County, Washington, and according to the Complaint, the occurrence arose in King County, Washington. *See* Dec. of Hermsen: Complaint at ¶2.1.

9. Defendant reserves all rights, including defenses and objections as to venue, personal jurisdiction, and service, and the filing of this notice of removal is subject to, and without waiver of, any such defenses and objections.

10. Defendant reserves the right to amend or supplement this Notice of Removal.

///
///
///
///
///
///
///

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(b) - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7629390.1

1  DATED this 29th day of July, 2022.

2
3                                          WILLIAMS, KASTNER & GIBBS PLLC

4
                                           s/*Tyler J. Hermsen*
5                                          Tyler J. Hermsen, WSBA #43665
                                           601 Union Street, Suite 4100
6                                          Seattle, WA 98101-2380
                                           Telephone: (206) 628-6600
7                                          Fax: (206) 628-6611
                                           Email: thermsen@williamskastner.com
8
9                                          ***Counsel for Defendant Crown Equipment Corporation***

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION           **Williams, Kastner & Gibbs PLLC**
PURSUANT TO 28 U.S.C. § 1441(b) - 4                    601 Union Street, Suite 4100
                                                       Seattle, WA 98101-2380
                                                       (206) 628-6600

7629390.1

# CERTIFICATE OF SERVICE

The undersigned hereby certify under penalty of perjury under the laws of the State of Washington that on the date below, I caused a true and correct copy of the foregoing document to be delivered to the following counsel of record in the manner indicated below:

| | |
|---|---|
| Spencer Nathan Thal, WSBA #20074<br>Zacharia Nathan William Thal, WSBA #55462<br>VANGUARD LAW<br>PO Box 939<br>Poulsbo, WA 98370<br>Telephone: (206) 488-8344<br>spencer@vanguardlawfirm.com<br>zach@vanguardlawfirm.com<br><br>*Counsel for Plaintiff* | ☒ Via ECF/Filing<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☐ Via U.S. Mail |
| Jeffrey Heiser<br>Heiser Law Corporation,<br>949 N. Center St., Ste. A,<br>Stockton, CA 95202-1327<br>Telephone: (209) 948 6400<br>jeffheiser@lycos.com<br><br>*Registered agent of Lattco Services, Inc.*<br>Courtesy Copy to: | ☐ Via ECF/Filing<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☒ Via U.S. Mail |
| Elizabeth G. Smith<br>Managing Trial Attorney<br>Law Office of Elizabeth G. Smith<br>1730 Minor Ave. Ste. 1130<br>Seattle, WA 98101<br>Smite21@nationwide.com<br>(206) 403-4810 | ☐ Via ECF/Filing<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☒ Via U.S. Mail |

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION
PURSUANT TO 28 U.S.C. § 1441(b) - 5

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7629390.1

DATED this 29th day of July, 2022.

                                              WILLIAMS, KASTNER & GIBBS PLLC

                                              *s/Jaimisha Steward*
                                              Jaimisha Steward, Legal Assistant

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(b) - 6

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7629390.1