UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS VOSS-CURRY, an individual,

Plaintiff,

vs.

CROWN EQUIPMENT CORPORATION ET AL.,

Defendant.

No. 2:22-cv-01062 BJR

ORDER EXTENDING CASE MANAGEMENT AND TRIAL DATES

**ORDER**

The Court, having reviewed the parties' joint stipulation to extend the trial and case management dates, HEREBY ORDERS that the trial and case management dates are extended as follows:

Expert Witness Disclosure/Reports Deadline: March 15, 2024

Discovery Cutoff: May 3, 2024

Dispositive Motions Deadline: May 13, 2024

Motions in Limine Deadline: September 9, 2024

ORDER TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULING ORDER– PAGE 1

VANGUARD LAW FIRM
PO Box 939
Poulsbo, WA 98370
(206) 488-8344

Joint Pretrial Statement Deadline: September 16, 2024

Pretrial Conference: September 30, 2024 at 10:30 AM

Trial: October 7, 2024.

DATED this 12th day of September, 2023.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULING ORDER– PAGE 2

VANGUARD LAW FIRM
PO Box 939
Poulsbo, WA 98370
(206) 488-8344