THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS VOSS-CURRY, an individual, | CASE NO.  2:22-cv-01062 BJR |
| Plaintiff, | |
| v. | |
| | ORDER FOR DISMISSAL WITH PREJUDICE |
| CROWN EQUIPMENT CORPORATION, an Ohio Corporation; and LATTCO SERVICES, INC., a California corporation, | |
| Defendants | |

## ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED, and DECREED that the above-entitled matter be and the same is hereby DISMISSED WITH PREJUDICE without costs or attorney's fees to any party.

Clerk is respectfully directed to CLOSE this case.

DATED this 19th day of December, 2023.

_____
Barbara   Jacobs   Rothstein
U.S. District Court Judge